FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 28  AM 10: 46

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AUTHER (ARTHUR) WILLIAMS #192153** | CIVIL ACTION |
| versus | NO. 05-1921 |
| **N. BURL CAIN, WARDEN** | SECTION: "F" (1) |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of petitioner to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Auther Williams** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 27th day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
_✓_ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No_____